# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

1.) MARK W. CAMPBELL,

        Plaintiff,

vs.

2.) LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a Massachusetts Insurance Company;
3.) HD SUPPLY, INC.; and
4.) HD SUPPLY, INC. GROUP DISABILITY INCOME PLAN,

        Defendants.

Case Number:   14-CV-00138-GKF-TLW
Judge Gregory K. Frizzell

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:

    A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

HD Supply, Inc. and HD Supply Inc. Group Disability Income Plan
[name of party]

who is a (check one)   ☐ PLAINTIFF   [X] DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one) ☐ YES   [X] NO

2. **Does party have any parent corporations?**

   (Check one) [X] YES   ☐ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

   HD Supply, Inc. is a wholly owned subsidiary of HDS Holdings Corporation.

   As an employee benefits plan under ERISA, the HD Supply Inc. Group Disability Income Plan is a stand-alone entity and has no parent corporations and is neither publicly traded nor owned by any publicly held company.  The Plan is sponsored by HD Supply, Inc.

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

(Check one)  ☐ YES   ☒ NO

If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)  ☐ YES   ☒ NO

   If YES, identify entity and nature of interest:

5. **Is party a trade association?**

   (Check one)  ☐ YES   ☒ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

DATED this 6th day of May, 2014.

| /s/Jo Anne Deaton, OBA #5938 | |
|---|---|
| Signature | |
| Jo Anne Deaton | 5938 |
| Printed Name | Bar Number |
| Rhodes, Hieronymus, Jones, Tucker & Gable, | |
| Firm Name | |
| P.O. Box 21100 | |
| Address | |
| Tulsa | OK   74121 |
| City | State    ZIP |
| 918-582-1173 | 918-592-3390 |
| Phone | Fax |
| jdeaton@rhodesokla.com | |
| Email Address | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2014, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

    Nathan E. Barnard (OBA #15183)
    EM: nbarnard@barnardlawfirm.com

/s/Jo Anne Deaton, OBA #5938
Signature